IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


BILLY RAY WADLINGTON                                                                               PLAINTIFF


V.                                      CIVIL NO. 1:11-cv-01045


STEVEN VESTAL; JOSH NEWTON;
LARRY WEAVER; and CLARK BURTON                                                        DEFENDANTS


**JUDGMENT**

Plaintiff Billy Wadlington filed this case *pro se* pursuant to 42 U.S.C. § 1983 on July 20, 2011. ECF No. 1. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 14.

Pursuant to this authority, the Court held a bench trial on June 25, 2014. At the close of the evidence in this matter, the undersigned issued findings of fact and conclusion of law on the record. In accordance with these findings and conclusions, the undersigned dismissed Plaintiff's official and individual capacity claims against Steven Vestal, Josh Newton, Larry Weaver, and Clark Burton with prejudice.

Accordingly, the undersigned now issues this Judgment. Plaintiff Billy Wadlington's claims brought pursuant to 42 U.S.C. § 1983 against Defendants Steven Vestal, Josh Newton,

1

Larry Weaver, and Clark Burton, in both their individual and official capacities, are **DISMISSED** with prejudice.

      **IT IS SO ORDERED this 30th day of June 2014.**

                                            /s/ Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE